UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:06-cr-00103

**United States of America**

v.

**Robert Brammer**

### ORDER

This criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). Judge Love held a final revocation hearing on January 11, 2024, and issued a report and recommendation as to the disposition of this matter. Doc. 54. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 53.

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Defendant's supervised release is revoked, and the court orders that defendant Robert Brammer be sentenced to imprisonment for a term of 6 months, followed by a three-year term of supervision. The term of supervision shall include the conditions imposed by the original judgment, including all modifications to date and the following additional conditions:

(1) You must participate in any combination of psychiatric, psychological, or mental health treatment programs, and follow the rules and regulations of that program, until discharged. This includes taking any mental health medication as prescribed by your treating physician. The probation officer, in consultation with the treatment provider, will supervise your participation in the program. You must pay any cost associated with treatment and testing; and

(2) You also shall not gain access to or loiter near school grounds, parks, arcades, playgrounds, amusement parks, or

other places where children may frequently congregate. The defendant shall neither seek nor maintain employment or volunteer work at any location and/or activity where persons under the age of 18 congregate.

The court recommends that defendant serve his sentence at FCI Seagoville, Texas, if available.

*So ordered by the court on January 17, 2024.*

J. CAMPBELL BARKER
United States District Judge